## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| MANUEL ANTONIO GUAMAN QUIZHPOLEMA, §§§ | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| WARDEN OF ERO EL PASO CAMP EAST MONTANA; TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT U.S. DEPARTMENT OF HOMELAND SECURITY; MARY DE ANDA YBARRA, FIELD OFFICE DIRECTOR, EL PASO, TX; MARK WAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES, § | No.  3:26-CV-01386-LS |
| *Respondents*. § | |

### ORDER DISMISSING CASE

Today, the Court considered this case. The Court previously ordered Petitioner Manuel Antonio Guaman Quizhpolema to pay the filing fee or file a motion to proceed *in forma pauperis* by June 18, 2026.[1] As Petitioner has not done so, the Court dismisses this case without prejudice under Fed. R. Civ. P. 41(b).

**SO ORDERED**.

---

[1] ECF No. 2.

**SIGNED** and **ENTERED** on August 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**